Don J. Mizerk, Esq. (SBN: 208477)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Ste. 2200
Chicago, Illinois 60606
Tel: (312) 655-1500
Fax: (312) 655-1501
don.mizerk@huschblackwell.com

Attorney for Defendant
THE ERGO BABY CARRIER INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| LILLEBABY, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE ERGO BABY CARRIER INC.,<br><br>　　　　Defendant. | No. 2:19-cv-01639 CBM(MAAx)<br><br>**DEFENDANT'S UNOPPOSED MOTION TO STAY PENDING COMPLETION OF INTERNATIONAL TRADE COMMISSION INVESTIGATION**<br><br>Hon. Consuelo B. Marshall<br><br>Hearing Date:　May 21, 2019<br>Hearing Time:　10:00 am<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION AND STATEMENT OF RELIEF SOUGHT

PLEASE TAKE NOTICE that on May 21, 2019, at 10:00 a.m. or at such other time as the Court may direct, before the Honorable Consuelo B. Marshall, Defendant The Ergo Baby Carrier Inc. will, and hereby does, move the Court for a stay of this action pursuant to 28 U.S.C. § 1659(a) pending completion of U.S. International Trade Commission ("ITC") Investigation No. 337-TA-1154.

This motion is unopposed. Counsel for Defendant contacted counsel for Plaintiff LILLEbaby, LLC on April 2, 2019, and asked if Plaintiff would oppose a stay pursuant to 28 U.S.C. § 1659(a). On April 3, 2019, Plaintiff's counsel responded that Plaintiff would not oppose such a stay. On April 19, 2019, defense counsel sent Plaintiffs a draft of this motion, to which counsel for Plaintiff stated no opposition on April 22, 2019.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant The Ergo Baby Carrier Inc. respectfully requests that: (1) this action be stayed under 28 U.S.C. § 1659(a) pending completion of U.S. International Trade Commission Investigation No. 337-TA-1154; and that (2) Defendant will have thirty (30) days to answer or otherwise respond to Plaintiff's complaint upon dissolution of the stay of this civil action.

### I. PROCEDURAL BACKGROUND

On March 6, 2019, Plaintiff LILLEbaby, LLC filed the complaint in the above-captioned action, asserting alleged infringement of U.S. Patent Nos. 8,172,116 and 8,424,732 by Defendant The Ergo Baby Carrier Inc. (*See* Compl., Dkt. No. 1 ¶¶ 26-39.) Defendant The Ergo Baby Carrier Inc. has not yet been served with the complaint but has agreed to waive such service as of the filing of this motion.

Also on March 6, 2019—the same day that Plaintiff LILLEbaby, LLC filed the above-captioned action—Plaintiff LILLEbaby, LLC filed a complaint with the ITC, asserting alleged infringement by Defendant The Ergo Baby Carrier Inc. of U.S. Patent Nos. 8,172,116 and 8,424,732—the same two patents asserted in the above-captioned action. On April 4, 2019, the ITC instituted the investigation sought by Plaintiff LILLEbaby, LLC. *See* 84 FED. REG. 14,393 (Apr. 10, 2019).

## II. ARGUMENT

28 U.S.C. § 1659(a) provides that a district court *must* stay a civil action in favor of a parallel ITC proceeding upon receiving a timely request by a party that is a respondent in the ITC proceeding:

> (a) Stay.--In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court *shall* stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission, but only if such request is made within--
> (1) 30 days after the party is named as a respondent in the proceeding before the Commission, or
> (2) 30 days after the district court action is filed,
> whichever is later.

28 U.S.C. § 1659(a) (emphasis added).

All of the conditions necessary for a stay have been satisfied. ITC Investigation No. 337-TA-1154 involves the same patents and the same parties. Moreover, this request is being made within less than 30 days of the April 4, 2019, institution of the ITC investigation.

Therefore, Defendant The Ergo Baby Carrier requests an order:

1. Staying this civil action, 2:19-cv-01639 CBM(MAAx), pending final resolution of ITC Investigation No. 337-TA-1154, including any and all appeals.

2. Providing Defendant with thirty (30) days to answer, move, or otherwise respond to Plaintiff's complaint upon dissolution of the stay of this civil action.

Date: April 22, 2019

Respectfully submitted,

By: */s/Don J. Mizerk*
Don J. Mizerk, Esq. (SBN: 208477)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Ste. 2200
Chicago, Illinois 60606
Tel: (312) 655-1500
Fax: (312) 655-1501
don.mizerk@huschblackwell.com

Attorney for Defendant
THE ERGO BABY CARRIER INC.

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2019, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

*/s/ Don J. Mizerk*