VENABLE LLP
Sarah S. Brooks (SBN 266292)
ssbrooks@venable.com
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorney for Plaintiff LILLEbaby, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| LILLEBABY, LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br><br>    v.<br><br>THE ERGO BABY CARRIER INC., a Hawaiian corporation,<br><br>                Defendant. | Case No. 2:19-cv-01639-CBM-MAA<br><br>Hon. Consuelo B. Marshall<br><br>**JOINT PROGRESS REPORT** |

Plaintiff LILLEbaby, LLC ("LILLEbaby") and Defendant The Ergo Baby Carrier Inc. ("Ergo Baby") hereby jointly submit this Joint Progress Report pursuant to the Court's Order dated July 24, 2019 (Dkt. No. 18).

On March 6, 2019, LILLEbaby filed a complaint with the United States International Trade Commission ("Commission") alleging violations of 19 U.S.C. § 1337 by a number of respondents, including Ergo Baby.

On April 5, 2019, the Commission issued a Notice of Institution of Investigation (the "Investigation"). Ergo Baby is one of the respondents included in the Investigation.

On April 25, 2019, the Court stayed the above-captioned action pending final resolution of the Investigation pursuant to 28 U.S.C. § 1659 (*see* Dkt. No. 16). The Court's April 25 Order directed the parties to file a progress report no later than May 30, 2019 (*see id.* ¶ 3).

On May 30, 2019, the parties submitted a progress report (Dkt. No. 17) advising the Court that, on May 1, 2019, Administrative Law Judge ("ALJ") Clark S. Cheney issued an order setting the procedural schedule for the Investigation, which was attached to the May 30 progress report as Exhibit A (Inv. No. 337-TA-1154, Order No. 7 (the "ITC Scheduling Order")), and that, pursuant to the ITC Scheduling Order, the Hearing is scheduled for December 9-13, 2019, ALJ Cheney's Initial Determination is due March 10, 2020, and the Target Date for Completion of Investigation is set for July 10, 2020.

At the present time, there have been no amendments to the ITC Scheduling Order, and the deadlines set forth in the preceding paragraph remain in effect.

DATED: August 28, 2019         VENABLE LLP

By: */s/ Sarah S. Brooks*
Sarah S. Brooks
*Attorney for Plaintiff LILLEbaby, LLC*

1
Joint Progress Report

DATED: August 28, 2019  HUSCH BLACKWELL LLP

By: */s/ Don J. Mizerk*
Don J. Mizerk
*Attorney for Defendant The Ergo Baby Carrier Inc.*

# SIGNATURE CERTIFICATION

I, Sarah S. Brooks, am the filer of the foregoing **JOINT PROGRESS REPORT**, and hereby certify that, pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, the contents of this document are acceptable to all signatories required to sign the document, and that I have authorization to file this document with all "/s/" electronic signatures appearing hereto which are not my own.

DATED: August 28, 2019        VENABLE LLP

By:  /s/  Sarah S. Brooks
     Sarah S. Brooks
     *Attorney for Plaintiff LILLEbaby, LLC*