Sarah S. Brooks (SBN 266292)
**VENABLE LLP**
2049 Century Park East
Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
ssbrooks@venable.com

*Attorneys for Plaintiff*
*LILLEbaby, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| LILLEBABY LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>THE ERGO BABY CARRIER, INC.,<br><br>*Defendant*. | No. 2:19-cv-01639 CBM(MAAx)<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)** |

Plaintiff LILLEbaby, LLC, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendant The Ergo Baby Carrier, Inc., with prejudice.

Defendant has filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a) is therefore appropriate.

Dated: May 1, 2020

/s/ *Sarah S. Brooks*
Sarah S. Brooks
**VENABLE LLP**
2049 Century Park East
Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
ssbrooks@venable.com

*Attorneys for Plaintiff*
*LILLEbaby, LLC*