UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. | **CV 19-1639-CBM(MAAx)** |
| Date | MAY 4, 2020 |
| Title | LILLEbaby, LLC v. The Ergo Baby Carrier Inc., |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, this case is dismissed with prejudice pursuant to the Plaintiff's notice of dismissal filed on May 1, 2020 [20].   **J-6**

IT IS SO ORDERED.

cc: all parties